IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE TOTO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 02-CV-4018 |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

**PRAECIPE TO WITHDRAW DEFENDANT'S
MOTION TO COMPEL DISCOVERY**

Kindly withdraw, without prejudice, Defendant's, Southeastern Pennsylvania Transportation Authority ("SEPTA"), Motion to Compel Discovery pursuant to Federal Rule of Civil Procedure 37, as this discovery was supplied by Plaintiff on January 16, 2003.

Respectfully submitted,

MILLER, ALFANO & RASPANTI, P.C.


By: _____
GINO J. BENEDETTI, ESQUIRE
KATHLEEN S. O'CONNELL, ESQUIRE
I.D. Nos. 59584 and 88702
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 972-6400

Attorneys for Defendant
Southeastern Pennsylvania
Transportation Authority

Dated: January 22, 2003

## **CERTIFICATE OF SERVICE**

    I, Kathleen S. O'Connell, Esquire, hereby certify that a copy of the foregoing Praecipe to Withdraw Defendant's Motion to Compel Discovery has been served this date on the following individual and in the manner indicated:

**VIA FAX AND FIRST CLASS MAIL**

James B. Mogul, Esquire
Lowenthal & Abrams, P.C.
555 City Line Avenue, Suite 440
Bala Cynwyd, PA  19004

Attorney for Plaintiff, Melanie Toto

_____
KATHLEEN S. O'CONNELL, ESQUIRE
MILLER, ALFANO & RASPANTI, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA  19103
(215) 972-6400

Attorneys for Defendant,
Southeastern Pennsylvania
Transportation Authority

Date:  January 22, 2003

F:\PBL\kso\SEPTA\SEPTA-Toto\WithdrawCompel.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELANIE TOTO, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | NO. 02-CV-4018 |
| SOUTHEASTERN PENNSYLVANIA | : | |
| TRANSPORTATION AUTHORITY, | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, this _____ day of _____, 2003, it is hereby ORDERED that Defendant's Motion to Compel Discovery is hereby withdrawn without prejudice.

BY THE COURT:

_____
J.