**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MELANIE TOTO                                                :           CIVIL ACTION

          vs.                                               :           NO.  02-4018

SOUTHEASTERN PENNSYLVANIA
TRANSPORTATION AUTHORITY                                    :

<u>**RULE 16 PRETRIAL CONFERENCE**</u>

In accordance with Federal Rule of Civil Procedure 16, a  **pretrial conference** will held before the Honorable Petrese B. Tucker on  **May 19, 2003, at 9:00 a.m.** in Room 3810, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

Attached is a Rule 16 Conference Information Report which you are required to complete and forward to the court at least three (3) days prior to the conference.  This report does not have to be officially filed of record.

Counsel must be prepared to address all relevant issues including, but not limited to, the following matters:

(a) Jurisdictional defects, if any;
(b) Time limits for the possible joinder of additional parties and to amend pleadings;
(c) Prospects of amicable settlement;
(d) Progress of Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure;
(e) Establishing schedules for the remaining pretrial proceedings including discovery, pretrial filings, the exchange of expert reports, etc.;
(f) Filing of dispositive motions;
(g) Setting a firm date for trial.

If trial counsel in this case is on trial in a Court of record at the time of the Rule 16 Conference, another attorney in such trial attorney's office, who should be familiar with the case, is required to appear at the Rule 16 Conference.  The Rule 16 Conference will be continued to another date only in exceptional cases.

Encl.
cc: J. Mogul, Esq.
     G. Beneditti, Esq.
     K. O'Connell, Esq.                           Alisa Ross
                                                  Deputy Clerk to Judge Petrese B. Tucker
                                                  (267) 299-7619

Date issued:  April 15, 2003

**RULE 16 CONFERENCE INFORMATION REPORT**        Conference Date:  May 19, 2003

Civil Action No.02-4018    JURY TRIAL_____        NON-JURY TRIAL_____

Title of Case: _____

Name of Party You Represent:_____

Party is: plaintiff _____        defendant _____        third-party defendant _____

Name of Trial Counsel: _____

Law Firm: _____

Address: _____

Phone Number (including area code): _____ Fax No. _____

Basis for
Jurisdiction: _____

Proof of Service Filed as to Defendant: Yes _____        No _____

Has self-executing disclosure been completed?  Yes _____        No _____

If not, explain what remains to be completed: _____

What, if any, matters do you wish to bring to the attention of the court at the Rule 16 conference?

_____

Case will be ready for trial on or about: _____

Trial time: a) Estimate of total time to present your case _____
          b) Estimate of total time for the entire trial     _____

Prospect of settlement:  Likely _____        Possible _____        Unlikely _____        Unknown _____
Settlement conference desired?   Now _____   Later _____

Do you elect to proceed before Magistrate Judge Arnold C. Rapoport? _____
                                                          Yes/No

Additional comments: _____

_____


Counsel for _____        Date:  _____