≈AO 133   (Rev. 9/89) Bill of Costs                                                                                              APPENDIX K

# UNITED STATES DISTRICT COURT

EASTERN   District of   PENNSYLVANIA

~~UNITED STATES OF AMERICA~~

Melanie Toto                                                           **BILL OF COSTS**

V

SEPTA                                            Case Number:   02-CV-4018

Judgment having been entered in the above entitled action on   July 29, 2003   against   Melanie Toto
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk | $ 0 |
| Fees for service of summons and subpoena | 0 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 0 |
| Fees and disbursements for printing | 0 |
| Fees for witnesses (itemize on reverse side) | 0 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | 649.08 |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) Courier costs | 55.12 |
| TOTAL | $704.20 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to:   Melanie Toto

Signature of Attorney:   *Kathleen S O'Connell*

Name of Attorney:   Kathleen S. O'Connell

For:   Southeastern Pennsylvania Transportation Authority          Date:   8/13/03
       Name of Claiming Party

Costs are taxed in the amount of _____   and included in the judgment.

Clerk of Court                          Deputy Clerk                                     Date

SEPTA/Toto

FEES

| Timekeeper | Hours | Amount |
|---|---|---|

COSTS

| Description | Amount |
|---|---|
| | 649.08 |
| | 55.12 |
| | 704.20 |

Detail Cost Transaction File List
MILLER, ALFANO & RASPANTI, P.C.                                             Page

| Client | Date | Tmkr | E/A | Src | H P | T K | B C | R C | Tcd | C T | Amount | | Ref # |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5339.31 | 08/31/02 | 47 | E | | | | A | | 151 | 0 | 30.00 | Copying Charges - August 2002; Miscellaneous Correspondence and Self-Executing Disclosures<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 09/30/02 | 47 | E | A | | | A | | 8 | | 10.75 | Intercept Courier Re: Delivery to SEPTA on 08/19/02<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 09/30/02 | 47 | E | | | | A | | 151 | 0 | 32.40 | Copying Charges - September 2002; Miscellaneous Correspondence and Discovery Demands<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | |
| 5339.31 | 10/31/02 | 47 | E | A | | | A | | 254 | 0 | 6.75 | Intercept Courier Re: Delivery to U.S.D.C. on 10/02/02<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 10/31/02 | 47 | E | | | | A | | 151 | 0 | 17.28 | Copying Charges - October 2002; Miscellaneous Correspondence and Discovery Demands<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 11/30/02 | | E | | | | A | | 151 | 0 | 0.96 | Copying Charges - November 2002; Miscellaneous Correspondence<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | |
| 5339.31 | 12/31/02 | 47 | E | | | | A | | 151 | 0 | 3.48 | Copying Charges - Dec 2002; Miscellaneous Correspondence and Discovery<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | |
| 5339.31 | 01/31/03 | 47 | E | A | | | A | | 8 | | 11.25 | Intercept Courier Re: Courier Services<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 01/31/03 | 47 | E | | | | A | | 151 | | 92.88 | Copying Charges - January 2003; Miscellaneous Correspondence and Motion to Compel<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 02/28/03 | 47 | E | | | | A | | 151 | 0 | 8.88 | Copying Charges - February 2003; Discovery and Miscellaneous Correspondence<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | |
| 5339.31 | 03/31/03 | 47 | A | A | | | A | | 254 | 0 | 10.12 | Intercept Courier Re: Delivery to U.S. District Court on 03/06/03<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 03/31/03 | 47 | A | | | | | | | | 6.75 | Intercept Courier Re: Delivery to U.S. District Court on 03/06/03<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 03/31/03 | 47 | E | | | | A | | 151 | 0 | 369.96 | Copying Charges - March 2003 - 3083 copies @ $.12/page for miscellaneous correspondence and Motion to Compel<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 04/30/03 | 47 | E | | | | | | 151 | 0 | 8.40 | Copying Charges - April 2003; 70 Copies @ .12/Page for Pleadings, Court Documents and Correspondence<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 05/31/03 | 47 | A | A | | | A | | | 0 | 4.75 | (683) Intercept Courier Re: Delivery to U.S. District Court on 05/05/03<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 05/31/03 | 47 | E | | | | | | 151 | 0 | 25.56 | Copying Charges - May 2003; 213 Copies at $0.12/Copy for Miscellaneous Correspondence and Document Production<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 06/30/03 | 47 | A | A | | | A | | 254 | 0 | 4.75 | Intercept Courier Re: Delivery from Client to MA&R on 06/05/03<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 06/30/03 | 47 | E | | | | A | | 151 | 0 | 8.52 | Copying Charges - June 2003; 71 Copies @ .12/Page for Discovery Responses and Miscellaneous Correspondence<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | ARCH |
| 5339.31 | 07/31/03 | 47 | E | U | | | | | 151 | 0 | 50.76 | Copying Charges - July 2003, 423 Copies at .12/Page for Miscellaneous Correspondence and Motion to Dismiss<br>Southeastern Pennsylvania Transportation Authority<br>SEPTA/Toto | 12 |

Total for Client ID 5339.31     Billable     704.20 Southeastern Pennsylvania Transportation Authori
                                Total        704.20 SEPTA/Toto

CERTIFICATE OF SERVICE

    I, Kathleen S. O'Connell, Esquire, hereby certify that a copy of Defendant Southeastern Pennsylvania Transportation Authority's Bill of Costs has been served this date on the following individual and in the manner indicated:

<u>**VIA FIRST-CLASS MAIL**</u>

Melanie Toto
414 Chester Avenue
Yeadon, PA 19050

*Kathleen O'Connell*
KATHLEEN S. O'CONNELL, ESQUIRE
MILLER, ALFANO & RASPANTI, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 972-6400

Attorneys for Defendant,
Southeastern Pennsylvania
Transportation Authority

Date: August 14, 2003