IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELANIE TOTO** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | **NO. 02-4018** |
| **TRANSPORTATION AUTHORITY** | : | |

**JUDGMENT**

**AND NOW**, this          day of ,                    2006, judgment is hereby entered in favor of defendant Southeastern Pennsylvania Transportation Authority and against plaintiff Melanie Toto in the amount of $118.56.


S/ Michael E. Kunz
**MICHAEL E. KUNZ**
**CLERK OF COURT**